12-cr-01 (JGM)

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | United States District Court |
| v. | ) | District of Connecticut |
| Daniel Carrier | ) Case No. | FILED AT   NEW HAVEN |
| | ) | 3 7                         2012 |
| | ) | Robert D. Tabora, Clerk |
| | ) | By P. A. Villano |
| | ) | Deputy Clerk |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  1/13/12 and 1/23/12  in the county of  Hartford  in the District of  Connecticut  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | receipt and distribution of child pornography in or affecting interstate or foreign commerce |

This criminal complaint is based on these facts:

I, Mandala Fellenz, FBI Special Agent, the undersigned complainant, being duly sworn, state that on or about 1/13/12 and 1/23/12, in Hartford County in the District of Connecticut, Daniel Carrier did knowingly receive and distribute material containing child pornography, which had been mailed, shipped, or transported by a means of, or in or affecting, interstate or foreign commerce, as set forth more fully in the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Mandala Fellenz, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/07/2012

/s/ Joan G. Margolis, USMJ

*Judge's signature*

City and state:  New Haven, Connecticut     Hon. Joan G. Margolis, U.S. Magistrate Judge
*Printed name and title*